# Court of Appeals
# of the State of Georgia

ATLANTA,  September 17, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0316. NAZLI AKTURK v. SELAHADDIN AKTURK.**

Nazli Akturk and Selahaddin Akturk divorced in 2021, and the divorce decree incorporated the terms of the parties' settlement agreement. In April 2023, Nazli filed a petition to set aside the settlement agreement, the divorce decree, and the parenting plan. Selahaddin filed a motion for summary judgment, which the trial court granted. Nazli then filed this direct appeal. We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). Because this is a domestic relations case within the meaning of the statute, compliance with the discretionary appeal statute is required in order to appeal. See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005); see also *Bedford v. Bedford*, 246 Ga. 780, 780 (273 SE2d 167) (1980) ( "[J]urisdiction [over a domestic relations case] is not changed by the fact that the appeal seeks a review of a summary judgment.").

Accordingly, Nazli's failure to follow the discretionary procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Evans v. Jackson*, 368 Ga. App. 170, 174 (1) (889 SE2d 343) (2023).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/17/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*